UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RODNEY ALLEN FRANKS,

        Plaintiff,         Case No. 5:06-cv-164

v.         Honorable Paul L. Maloney

JOHN S. RUBITSCHUN et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

Final Judgment is entered in favor of the Defendants, and against the Plaintiff.


Dated:   March 31, 2010         /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge